# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER D. PEREZ, M.D., S.C., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br> v.<br><br>THE D DROPS COMPANY INC., an Ontario Canada business corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-CV-05805<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, WALTER D. PEREZ, M.D., S.C., through its undersigned attorneys, hereby dismisses this action without prejudice.

        Respectfully submitted,

        WALTER D. PEREZ, M.D., S.C., individually and as the representative of a class of similarly-situated persons

        By: s/ Ryan M. Kelly
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Rd., Ste. 500
        Rolling Meadows. IL 60008
        Telephone: 847-368-1500
        Fax: 847-368-1501
        rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2020, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly