**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Walter D. Perez, M.D., S.C.
                                Plaintiff,

v.                                             Case No.: 1:20−cv−05805
                                             Honorable Robert M. Dow Jr.

D Drops Company Inc., The
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 22, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) and the Plaintiff's notice of voluntary dismissal [4] filed on 10/22/2020, this action is dismissed without prejudice. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.